IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA REITER

    v.                                NO. 12-2230

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

**FILED**
SEP 1 2 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE GOLDBERG, J.

      AND NOW, to wit, this 12th day of September, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
      It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

judg